939 A.2d 323

**FEDEX GROUND PACKAGE SYSTEM, INC., Appellee,**

v.

**COMMONWEALTH of Pennsylvania, Appellant,**

**Fedex Ground Package System, Inc., Appellee,**

v.

**Commonwealth of Pennsylvania, Appellant.**

Supreme Court of Pennsylvania.

Dec. 27, 2007.

## *ORDER*

PER CURIAM.

**AND NOW,** this 27th day of December, 2007, the Order of the Commonwealth Court is affirmed.